■ RKO GENERAL, INC., Plaintiff, v. CINEMA-VUE CORP. et al., Defendants-Respondents and Third-Party Plaintiffs. JUDY GARLAND et al., Third-Party Defendants-Appellants.— Order, Supreme Court, New York County, entered on March 11, 1974, affirmed. Respondents shall recover of appellants $40 costs and disbursements of this appeal. The motion of third-party plaintiffs-respondents to dismiss the appeal is denied, and the motion of third-party defendants-appellants to delete from the record pages RA-6-17 " Handwriting Analysis," is granted, said motions having been renewed on argument of the appeal. Concur — Kupferman, J. P., Lupiano and Steuer, JJ.; Capozzoli and Lane, JJ., dissent in part in the following memorandum by Lane, J.: While I am in agreement with the majority of this court that the default judgment entered was not jurisdictionally defective, I nonetheless would remand this matter to Trial Term solely for the purpose of conducting a hearing on the assessment of damages (CPLR 3215, subd. [b]).

## (November 20, 1974)

■ ARLEN TWO COMPANY, v. STRAUS BROADCASTING GROUP, INC., et al.— Motion for a stay of the temporary injunction contained in the order of the Supreme Court, New York County, entered on November 20, 1974, granted pending the hearing and determination of the appeal from said order. There does not seem to be a clear right to the injunction. Moreover the lease provision upon which Special Term acted is not applicable to the situation presented. The lease must be construed in a manner consonant with the purposes of the tenant broadcasting corporation which operates under requirements of Federal law mandating freedom of communication of all parties regardless of what controversial doctrines or theories they advocate. Furthermore, on its face, the restraining order collides with the constitutional rights under the First Amendment. Concur — McGivern, P. J., Nunez, Lupiano and Steuer, JJ.

## (November 21, 1974)

■ MORGAN GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. HERMAN SCHERR ASSOCIATES, Appellants.— Order, Supreme Court, New York County, entered on March 27, 1974, denying defendants' motion to dismiss the complaint, unanimously affirmed, without prejudice, however, to an appropriate motion by defendants after issue is joined, if they are so advised. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Appeal from order, Supreme Court, New York County, entered on March 27, 1974, denying defendants' motion for a final order of preclusion, withdrawn without costs and without disbursements. No opinion. Concur — Markewich, J. P., Kupferman, Capozzoli and Yesawich, JJ.